

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER GAMBLE COVARRUBIOS, | Case No.: 26-cv-1146-RSH-JLB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| SINGLETON SCREIBER, | |
| Defendant. | |

On February 23, 2026, plaintiff Tyler Gamble Covarrubios, proceeding *pro se*, filed this action along with a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. On March 2, 2026, the Court denied Plaintiff's IFP motion and dismissed the action without prejudice and with leave to amend pursuant to 28 U.S.C. §§ 1915(e)(2). ECF No. 3. The Court ordered Plaintiff to: (1) pay the filing fee of $405 or file a renewed application to proceed IFP; and (2) file an amended complaint addressing deficiencies set forth in the Court's March 2, 2026 Order within thirty days—or by April 1, 2026. *Id.* at 4.

To date, Plaintiff has not paid the $405 filing fee, filed a renewed IFP application, filed an amended complaint, or sought an extension of time. For these reasons, the Court **DISMISSES** this civil action in its entirety without prejudice for failure to either pay the

filing fee as required by 28 U.S.C. § 1914(a) or properly move to proceed IFP pursuant to 28 U.S.C. § 1915(a), failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and failure to prosecute. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that it will not do so—is properly met with the sanction of a Rule 41(b) dismissal."). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-1146-RSH-JLB